UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America          :

              v.                  :     DOCKET NO: 3:02CR38 (RNC)

Eleanor A. Ackerman               :     December 28, 2007

### MOTION FOR EXAMINATION OF JUDGMENT DEBTOR AND FOR A HEARING ON DEFENDANT'S ABILITY TO PAY THE JUDGMENT

The Government in the above-entitled action represents:

1.  That judgment was imposed upon the Defendant, Eleanor A. Ackerman, before the United States District Court, District of Connecticut, on July 1, 2002. As part of the judgment, the Defendant was ordered to pay restitution in the amount of $211,162.13 at a rate of $150.00 per month. The Defendant defaulted on the terms of this Court's judgment by not making any restitution payments since January 31, 2007. Additionally, the defendant's last payment on January 31, 2007 was only in the amount of $100.00. As of December 28, 2007, the total amount of restitution owed by Eleanor A. Ackerman is $211,162.13, with interest continuing to accrue.

2.  On November 8, 2007, the Government served by mail a set of Post Judgment Interrogatories and Request for Production on the Defendant, Eleanor A. Ackerman. More than 30 days have passed since the service of said Interrogatories and Request for Production. The Defendant failed to fully respond to the Government's discovery request by failing to produce requested documentation. The Defendant, Eleanor A. Ackerman has not requested an extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the

authorize the Government to seek "supplemental discovery orders as may

be necessary to ensure disclosure", and F.R.Civ.P.37(d), which

authorizes this Court to "make such orders in regard to the failure

[to answer interrogatories] as are just", the Government respectfully

requests that an order be entered requiring the Defendant to appear

before a Judge or Magistrate Judge of this Court and then and there be

examined under oath concerning his property and means of paying said

judgment.

The Government further moves that as part of the aforesaid order,

the Defendant be required to produce at the hearing: (1) copies of

Defendant's income tax records filed for the last two years; (2) all

other documents sought by Government's Request for Production; and (3)

a completed financial statement to assist the Court's evaluation of

the Defendant's ability to pay.  A proposed Order is attached hereto

for the Court's consideration.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was mailed
postage prepaid on this 18th day of December, 2007 to:

Eleanor A. Ackerman
158 Crestridge Drive
Vernon, CT 06066

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY