```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA     :
                             :
                             :    CASE NO. 3:02-CR-38(RNC)
V.                           :
                             :
ELEANOR A. ACKERMAN          :
```

                    REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

   _____ For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

   _____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

   _____ To supervise discovery and resolve discovery disputes;

   _____ To conduct a settlement conference;

   _____ To conduct a prefiling conference;

   _____ A hearing on damages and attorney fees;

   \_\_X_____ A ruling on the following pending motion(s): <u>Motion for Examination of Judgment Debtor and a Hearing on Defendant's Ability to Pay the Judgment (Doc. #14)</u>.

            So ordered.

    Dated at Hartford, Connecticut this _____ day of January 2008.

                                                           \_\_\_\_/s/_____
                                                           Robert N. Chatigny, U.S.D.J.