UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO: 3:02CR38 (RNC) |
| ELEANOR A. ACKERMAN, | : |
| Defendant. | : |

ORDER FOR EXAMINATION AND NOTICE

Pending before the court is the plaintiff's "Motion for Examination of Judgment Debtor and a Hearing on Defendant's Ability to Pay the Judgement. (Doc. #14.) The petition is GRANTED.

It is hereby ORDERED that the defendant, ELEANOR A. ACKERMAN, appear before the undersigned on **March 4, 2008**, at **10:00 a.m.** at the United States District Court, East Courtroom, 450 Main Street, Hartford, Connecticut, then and there be examined under oath concerning her assets and her ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment. It is further ORDERED that defendant bring with her and produce at the hearing all documents sought by plaintiff's Interrogatories and Request for Production served on or about November 8, 2007, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The defendant is advised that failure to appear before the

Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to sanctions, including being held in contempt of court.

The plaintiff is commanded to give notice of the pendency of this application and summon the judgment debtor to appear at the place, date and time set forth for the examination by serving her, in the manner prescribed by law for the service of civil process, a true and attested copy of the foregoing petition and of this Order at least six days before the date of the hearing.

Hereof fail not, but due service and return make.

SO ORDERED at Hartford, Connecticut this 17th day of January, 2008.

Donna F. Martinez
United States Magistrate Judge

**FINANCIAL AFFIDAVIT** (please type or print)

## SECTION I. PERSONAL DATA

____ Mr.    ____ Mrs.    ____ Ms.    ____ Miss.

_____    _____    _____
last name       first       middle initial                social security           date of birth

_____    _____    _____
complete address (including city/state/zip code)              home phone                work phone

_____    _____
Martial status (please check)                                          License No.

____ single    ____ married    ____ widowed    ____ divorced    ____ separated

_____    _____    _____
name of spouse                  social security number                date of birth

_____
age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

## SECTION II. HISTORY OF EMPLOYMENT

_____    _____    _____
name/address of current employer          occupation                 years/months employed

**SPOUSE EMPLOYMENT**

_____    _____    _____
name/address of current employer          occupation                 years/months employed

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT |
|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | |
| DEDUCTIONS | | | FOOD | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | |
| RETIREMENT | | | TELEPHONE | |
| SOCIAL SECURITY | | | INSURANCE | |
| OTHER (SPECIFY) | | | CLOTHING | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | |

Combined monthly income: _____        How much of the balance can you apply
                                           to your debt to the U.S. on a monthly basis? $_____

                                           If total monthly expenses exceed monthly income,

Total monthly expenses: _____         how do you pay the difference?

"Exhibit A"

## SECTION III ASSETS

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

bank account balance: $_____  $_____  _____
                      checking   savings    other

1. U.S. savings bonds?         Yes    No
2. stocks and other bonds?     Yes    No
3. Do you own any property?    Yes    No
   (if not continue)
   complete address of property:

cash value of furniture
and household goods: $_____

(current value) $_____

automobile(s): (estimate value of each vehicle)

    make    year    model

trailer/boats/campers (resale value):$_____

1.

2.

### SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS
**Show here all debts which you are required to pay in regular monthly installments. Do not include living expenses.**

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
|  |  | $ | $ |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NOTE: IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE**

Have you ever been in bankruptcy? _____  If yes, date discharged _____  location of court (city/state) _____  docket number _____

Are you currently in the military? ____ yes ____ no

If applicable, what is your present unit assigned? _____  total years active duty _____

***PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT YOUR FINANCIAL STATUS.***

With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001, $250,000 fine and five years imprisonment and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.

I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of $211,162.13 as of December 18, 2007, which I acknowledge is due and owing to the United States.

_____          _____
signature of debtor                    date signed