UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | DOCKET NO. 3:02CR38(RNC) |
| v. | : | |
| ELEANOR A. ACKERMAN | : | MARCH 6, 2008 |

NOTICE OF APPEARANCE

Please enter the appearance of Christine L. Sciarrino, Assistant United States Attorney, as counsel for the plaintiff in the above-captioned matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid this 6th day of March, 2008 to:

Eleanor A. Ackerman
158 Crestridge Drive
Vernon, CT 06066

_____
CHRISTINE L. SCIARRINO
ASSISTANT UNITED STATES ATTORNEY