UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : DOCKET NO. 3:02CR38(RNC) |
| v. | |
| ELEANOR A. ACKERMAN | : |

## STIPULATION FOR PAYMENT

WHEREAS, a restitution judgment was imposed on Defendant Eleanor A. Ackerman in the amount of $198,866.59, plus interest; and

WHEREAS, the parties now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the United States and Defendant Ackerman, and ORDERED by this Court that:

1. Defendant Ackerman shall commence monthly payments in an amount equal to one hundred and twenty-five dollars ($125.00), due the fifteenth day of each and every month, commencing on March 15, 2008, and continuing until the amount of the judgment is paid in full. Payments should be made payable to "Clerk, United States District Court", reference "Criminal Docket No.3:02CR38 (RNC)" and mailed to the Clerk of Court, United States District Court, 450 Main Street, Hartford, Connecticut, 06103.

2. The current balance of the debt as of February 27, 2008 is $215,062.79. Interest at 2% per annum continues to accrue on the principal until the judgment is satisfied.

3. Defendant Ackerman agrees to complete a financial statement at the request of the United States on at least an annual basis.

4. The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party after consideration of Defendant Ackerman's financial circumstances.

5. Defendant Ackerman agrees to notify the United States Attorney of any material change in her economic circumstances that might affect her ability to pay restitution.

6. Defendant Ackerman acknowledges that failure to comply with the payment schedule set forth in Paragraph 1 of this Stipulation will result in the United States immediately pursuing all collection remedies allowed by law, without further notice to Defendant Ackerman.

7. In addition to the monthly payments set forth in Paragraph 1 of this Stipulation, the United States reserves its right to submit the debt to the Treasury for inclusion in the Treasury Offset Program ("TOP"). Pursuant to TOP, the United States may offset any federal payment due Defendant Ackerman, including but not limited to federal tax returns.

8. The United States further reserves the right to secure the amount of the judgment at any time by filing a lien on any real property in which Defendant Ackerman may have an interest.

Entry of the foregoing stipulation is consented to by:

                                        Kevin J. O'Connor
                                        United States Attorney

Dated: March 6, 2008

                                        Christine Sciarrino
                                        Assistant United States Attorney
                                        Attorney Bar No. CT 03393
                                        United States Attorney's Office
                                        157 Church Street, 23 Floor
                                        New Haven, Connecticut 06510
                                        (203) 821-3780/Fax: (203) 773-5392
                                        Email: Christine.Sciarrino@usdoj.gov

Dated: 3/3/08

                                        Eleanor A. Ackerman
                                        158 Crestridge Drive
                                        Vernon, Connecticut 06066

      APPROVED AND SO ORDERED on this 11 day of March, 2008 at

Hartford, Connecticut.

                                        Robert N. Chatigny
                                        United States District Judge

FILED 2008 MAR 11 P 3:20 DISTRICT COURT HARTFORD, CT